FILED

09/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0324

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0324

STATE OF MONTANA,

Plaintiff and Appellee,

v.

GUY L. PARKER,

Defendant and Appellant.

## ORDER

Upon consideration of Counsel's motion to withdraw as counsel of record, and good cause appearing therefore,

IT IS HEREBY ORDERED Appellant in this matter shall file a response to this motion within thirty (30) days of the date of this Order. The response must be served upon all counsel of record, including the Attorney General, the County Attorney, and the Office of the Appellate Defender.

IT IS FURTHER ORDERED the Clerk of this Court give notice of this Order to all counsel of record and to the Appellant, personally.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 12 2023